PROB 12C
(6/16)

Report Date: November 4, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William August Brand                    Case Number: 0980 2:18CR00215-RMP-1

Address of Offender: ███████████████████  Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 8, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2) | |
| Original Sentence: | Prison - 120 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: November 23, 2017 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: Life |

### PETITIONING THE COURT

To issue a summons.

On March 23, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**:  The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court.<br><br>**Supporting Evidence**: On or about August 14, 2022, William Brand allegedly violated mandatory condition number 3 by consuming methamphetamine.<br><br>On August 15, 2022, the undersigned made contact with Mr. Brand at his residence to conduct an unscheduled home visit. The offender was clearly surprised to see this officer, and I quickly noticed that Mr. Brand was behaving unusually. Given my experience and training, the undersigned suspected the offender was under the influence. Prior to concluding the home visit, Mr. Brand was instructed to report to the U.S. Probation Office on August 17, 2022.<br><br>On August 17, 2022, the offender reported for his appointment as scheduled. Mr. Brand was informed that he would be subject to random urinalysis testing, and when asked if he would |

Prob12C
Re: Brand, William August
November 4, 2022
Page 2

|   |   |
|---|---|
|   | test positive for any illicit substances, the offender initial claimed he would be negative. Mr. Brand later admitted he had "smoked a couple bowls of methamphetamine" on or about August 14, 2022, and he signed an admission of use form confirming his use. |
|   | On August 17, 2022, the offender submitted to urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. |
| 2 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court. |
|   | **Supporting Evidence**: On or about October 26, 2022, William Brand allegedly violated mandatory condition number 3 by consuming methamphetamine and marijuana. |
|   | On October 27, 2022, this officer made contact with Mr. Brand at his residence to conduct an unscheduled home visit. The undersigned noted the offender's apartment was much more unkept than usual, therefor asked Mr. Brand how he had been doing. The offender immediately admitted he had continued to use illicit drugs since testing positive on August 17, 2022, and he signed an admission of use form admitting to the use of methamphetamine and marijuana last on October 26, 2022. |
|   | Later that date, on October 27, 2022, Mr. Brand reported to the U.S. Probation Office for random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine, methamphetamine, and marijuana. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/04/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Rosanna Malouf Peterson

Signature of Judicial Officer

11/7/2022

Date