PROB 12C
(6/16)

Report Date: December 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William August Brand      Case Number: 0980 2:18CR00215-RMP-1

Address of Offender: ███████████████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 8, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2) | |
| Original Sentence: | Prison - 120 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: November 23, 2017 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: Life |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/4/2022.

On March 23, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court.<br><br>**Supporting Evidence**: On or about November 14, 2022, William Brand allegedly violated mandatory condition number 3 by consuming methamphetamine.<br><br>After close of business on November 16, 2022, the offender contacted this officer and advised he had planned to attend his virtual treatment session from his vehicle, in order to submit to phase urinalysis testing during a break, since his assigned color was identified for testing. According to Mr. Brand, treatment staff at Pioneer Human Services (PHS) informed him that was not allowed, so he asked if he should attend his treatment group and miss the phase urinalysis testing, or vice versa; this officer instructed the offender to attend his virtual |

Prob12C
Re: Brand, William August
December 6, 2022
Page 2

    treatment session that evening and report to the U.S. Probation Office for random urinalysis testing the next day.

    On November 17, 2022, the offender reported to the U.S. Probation Office for random urinalysis testing as instructed. Mr. Brand provided a urine sample that was presumptive positive for methamphetamine and he admitted to the use of methamphetamine on or about November 14, 2022

4    **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court.

    **Supporting Evidence**: On or about November 28, 2022, William Brand allegedly violated mandatory condition number 3 by consuming methamphetamine.

    On November 28, 2022, after appearing before U.S. Magistrate Judge James A. Goeke, the offender was instructed to report to the U.S. Probation Office. Upon reporting as instructed, he informed this officer that during his last reported instance of methamphetamine use, on or about November 14, 2022, he injected methamphetamine into his arm but "missed the vein," causing an abscess. As such, the offender expressed concerns that the injected methamphetamine would still be "leaking" into his system.

    Mr. Brand was then subject to random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine, methamphetamine and marijuana. Because he had denied the use of illegal controlled substances and signed a denial of use form reiterating that denial, the sample was forwarded to the laboratory for further testing.

    On December 5, 2022, this officer received notification from the laboratory that the urine sample collected from the offender on November 28, 2022, was positive for amphetamine and methamphetamine; the sample was although negative for marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 12/06/2022 |
|---|---|
| | s/Amber M.K. Andrade |
| | Amber M.K. Andrade<br>U.S. Probation Officer |

Prob12C
**Re: Brand, William August**
**December 6, 2022**
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

12/7/2022
Date