PROB 12C
(6/16)

Report Date: January 6, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William August Brand    Case Number: 0980 2:18CR00215-RMP-1

Address of Offender: ███████████████    Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 8, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2) | | |
| Original Sentence: | Prison - 120 months; TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael James Austin Ellis | Date Supervision Commenced: | November 23, 2017 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | N/A |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/04/2022, and 12/07/2022.

On March 23, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #2**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the Defendant is released from the program by the probation office. The Defendant is to pay part or all of the cost of his treatment, as determined by the United States Probation Office.<br><br>**Supporting Evidence**: On December 12, 2022, William Brand allegedly violated special condition number 2 by failing to report for his substance abuse group treatment session as scheduled.<br><br>On December 13, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for his group treatment session on December 12, 2022, as required by his current substance abuse program. |

Prob12C
Re: Brand, William August
January 6, 2023
Page 2

| | | |
|---|---|---|
| 6 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court. | |

**Supporting Evidence**: On or about December 10, 2022, William Brand allegedly violated mandatory condition number 3 by consuming methamphetamine.

On December 13, 2022, after the offender appeared before Magistrate Judge James A. Goeke for an initial appearance, he was instructed to report to the U.S. Probation Office (USPO). Upon reporting as instructed, Mr. Brand was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. The individual under supervision subsequently admitted to the use of methamphetamine on or about December 10, 2022, and he signed an admission of use form confirming that admission.

| | | |
|---|---|---|
| 7 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court. | |

**Supporting Evidence**: On or about December 18, 2022, William Brand allegedly violated mandatory condition number 3 by consuming methamphetamine and marijuana.

On December 21, 2022, the undersigned contacted Mr. Brand to discuss information received from PHS advising that he declined to immediately report to the Spokane Regional Stabilization Center on December 20, 2022, as his treatment provider recommended; the offender reportedly informed PHS that he would engage in inpatient treatment after the Christmas holiday.

During our discussion, the offender ultimately admitted to the use of methamphetamine on or about December 18, 2022, so he was instructed to report to the USPO on that date to sign an admission of use form.

On December 21, 2022, the individual under supervision reported to the USPO and was subject to random urinalysis testing. Mr. Brand provided a urine sample that tested presumptive positive for both methamphetamine and marijuana, and he admitted to the use of both prohibited substances on or about December 18, 2022, as evident by the admission of use form he signed.

| | | |
|---|---|---|
| 8 | **Special Condition #2**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the Defendant is released from the program by the probation office. The Defendant is to pay part or all of the cost of his treatment, as determined by the United States Probation Office. | |

**Supporting Evidence**: On December 28, 2022, William Brand allegedly violated special condition number 2 by failing to report for his substance abuse group treatment session as scheduled.

On December 29, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for his group treatment session on December 28, 2022, as required by his current substance abuse program.

Prob12C
Re: Brand, William August
January 6, 2023
Page 3

| | |
|---|---|
| 9 | **Special Condition #2**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the Defendant is released from the program by the probation office. The Defendant is to pay part or all of the cost of his treatment, as determined by the United States Probation Office. |

**Supporting Evidence**: On January 5, 2023, William Brand allegedly violated special condition number 2 by failing to report for his substance abuse group treatment session as scheduled.

On January 5, 2023, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for his group treatment session earlier that date as scheduled.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Amber M. K. Andrade

January 6, 2023

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/9/2023
Date