PROB 12C
(6/16)

Report Date: March 6, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William August Brand | Case Number: 0980 2:18CR00215-RMP-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, Spokane Valley, Washington 99206 | |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 8, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2)0 | | |
| Original Sentence: | Prison - 120 months<br>TSR - Life | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Michael James Austin Ellis | Date Supervision Commenced: November 23, 2017 | |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: Life | |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/04/2022, 12/07/2022 and 01/06/2023.

On March 23, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Court.<br><br>**Supporting Evidence**: On or about February 24, 2023, William Brand allegedly violated mandatory condition number 3 by consuming marijuana.<br><br>On February 27, 2023, the offender reported to the U.S. Probation Office for random urinalysis testing, as instructed by the undersigned officer. Prior to providing a sample, Mr. Brand insisted on several occasions that he was "clean." He subsequently provided a urine sample that tested presumptive positive for marijuana. When confronted with the results of the urinalysis test, the offender ultimately admitted to the use of marijuana on or about February 24, 2023, as evident by the admission of use form he signed. |

Prob12C
Re: Brand, William August
March 6, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/06/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/7/2023

Date