PROB 12C
(6/16)

Report Date: January 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William August Brand            Case Number: 0980 2:18CR00215-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 8, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2) | | |
| Original Sentence: | Prison - 120 months<br>TSR - life | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(June 6, 2023) | Prison - 3 months<br>TSR - life | | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | August 23, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | Life |

## PETITIONING THE COURT

To issue a summons.

On August 25, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about November 27, 2023, William Brand allegedly violated special condition number 1 by consuming methamphetamine and marijuana.<br><br>On November 28, 2023, this officer attempted to contact Mr. Brand, but he did not answer or respond until the next day.<br><br>On November 29, 2023, the offender responded via a text message, in which he claimed he was having issues with his cell phone. In that text message, Mr. Brand did although note that he was "just short of 60 days in compliance." |

Prob12C
**Re: Brand, William August**
**January 22, 2024**
Page 2

The assigned probation officer was finally able to speak with the offender on the morning of November 30, 2023, at which time he was instructed to report to the U.S. Probation Office for random urinalysis testing.

As instructed, Mr. Brand reported to the U.S. Probation Office later that same date and was subject to random urinalysis testing. The offender provided a urine sample that was presumptive positive for methamphetamine and marijuana. He subsequently admitted to the use of methamphetamine and marijuana on or about November 27, 2023, and signed an admission of use form confirming that use.

2  **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Between December 29 through December 31, 2023, William Brand allegedly violated special condition number 1 by consuming methamphetamine and marijuana.

On January 2, 2024, the offender was contacted and instructed to report to the U.S. Probation Office by 12 p.m. that date, to meet with the undersigned.

Mr. Brand subsequently reported to the U.S. Probation Office as instructed and was subject to random urinalysis testing. Before submitting to urinalysis testing, the offender admitted that he would be "dirty" for methamphetamine and marijuana; he then signed an admission of use form admitting to the use of methamphetamine and marijuana between December 29 through December 31, 2023.

The offender then provided a urine sample that was presumptive positive for both methamphetamine and marijuana.

On January 8, 2024, the laboratory confirmed that the urine sample collected from Mr. Brand was in fact positive for both methamphetamine and marijuana.

3  **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about January 15, 2024, William Brand allegedly violated special condition number 1 by consuming marijuana.

On January 16, 2024, this officer attempted to contact Mr. Brand at Sacred Heart Medical Center, but staff advised he had been discharged on January 12, 2024. The undersigned was then able to contact the offender and he was instructed to report to the U.S. Probation Office by 4 p.m. that date, to meet with this officer.

As instructed, the offender reported to the U.S. Probation Office on January 16, 2024. The offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for marijuana, and he ultimately admitted to the use of marijuana on or about January 15, 2024; he signed an admission of use form confirming that use.

Prob12C
**Re: Brand, William August**
**January 22, 2024**
Page 3

| | | |
|---|---|---|
| | 4 | **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about January 19, 2024, William Brand allegedly violated special condition number 1 by consuming marijuana.

On January 22, 2024, the undersigned contacted the offender and instructed him to report to the U.S. Probation Office by 1 p.m. that date, for random urinalysis testing. Mr. Brand was asked if he would test positive for any illicit substances, and he insisted he would be negative.

As instructed, the offender reported to the U.S. Probation Office on January 22, 2024. The offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for marijuana. He admitted to the use of marijuana on or about January 19, 2024; he signed an admission of use form confirming that use.

When asked about why he failed to mention he had again consumed marijuana, the offender claimed he was referring to methamphetamine when he stated he would be "negative."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/22/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

January 23, 2024
Date