PROB 12C
(6/16)

Report Date: May 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William August Brand                     Case Number: 0980 2:18CR00215-TOR-1

Address of Offender: ███████████████  Cheney, Washington 99004

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 8, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2) | | |
| Original Sentence: | Prison - 3 months<br>TSR - Life | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(June 6, 2023) | Prison - 3 months<br>TSR - Life | | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: | August 23, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | Life |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/22/2024 and 2/9/2024.

On August 25, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On May 21, 2024, William Brand allegedly violated standard condition number 2, by failing to report to the U.S. Probation Office as instructed.<br><br>On May 16, 2024, this officer attempted to contact the offender to schedule a meeting so that his status could be relayed to the Court, but was unsuccessful. Attempts were also made the next day, on May 17, 2024, but Mr. Brand did not answer or respond. |

Prob12C
Re: Brand, William August
May 23, 2024
Page 2

The following week, on May 20, 2024, the undersigned probation officer again attempted to contact the offender. When he did not answer, he was sent voice and text messages instructing him to check-in with the undersigned officer by 12 p.m. that date.

Shortly before 12 p.m. on May 20, 2024, the offender contacted this officer. During that conversation, he informed this officer he had been terminated from his employment for poor performance. As such, he was instructed to report to the U.S. Probation Office at 8 a.m. the next morning, on May 21, 2024.

On May 21, 2024, Mr. Brand failed to report to the U.S. Probation Office as instructed and attempts to contact him on that date were not answered or responded to.

9     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On May 22, 2024, William Brand allegedly violated standard condition number 2, by failing to report to the U.S. Probation Office as instructed.

On the morning of May 22, 2024, at approximately 7:53 a.m., this officer attempted to contact the offender, but he did not answer or respond. He was sent a voice message instructing him to report to the U.S. Probation Office by 10 a.m. that morning.

Less than 1 hour later, at 8:41 a.m., Mr. Brand sent the undersigned a text message apologizing and claiming that he "was scared." The assigned probation officer immediately attempted to call the offender, but he did not answer, so he was sent a text message reiterating the instruction to report to the U.S. Probation Office by 10 a.m. that morning.

On May 22, 2024, Mr. Brand again failed to report as instructed.

Additionally, as Your Honor is aware, the offender also failed to attend the revocation hearing that was scheduled to occur on May 22, 2024. Multiple attempts were made to contact the offender, but as of the writing of this report, his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 05/23/2024 |
|---|---|
| | s/Amber M.K. Andrade |
| | Amber M.K. Andrade<br>U.S. Probation Officer |

Prob12C

Re: Brand, William August
May 23, 2024
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Thomas O. Rice_ (signature)
Thomas O. Rice
United States District Judge

May 24, 2024
Date