PROB 12C
(6/16)

Report Date: January 30, 2025

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William August Brand                     Case Number: 0980 2:18CR00215-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 8, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2) | | |
| Original Sentence: | Prison - 120 months;<br>TSR - Life | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(June 7, 2003) | Prison - 3 months;<br>TSR - Life | | |
| Revocation Sentence:<br>(June 12, 2024) | Prison - 5 months;<br>TSR - Life | | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: | October 9, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | N/A |

---

### PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/02/2025.

On October 11, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about January 21, 2025, William Brand allegedly violated special condition number 1 by consuming methamphetamine and marijuana. |

Prob12C
Re: Brand, William August
January 30, 2025
Page 2

On January 23, 2025, the offender finally reported to the U.S. Probation Office (USPO), at which time he was subject to random urinalysis testing. Mr. Brand subsequently provided a urine sample that tested presumptive positive for methamphetamine and marijuana.

The individual under supervision admitted to the use of methamphetamine and marijuana on or about January 21, 2025, and he signed an admission of use form confirming that admission. According to the offender, he ran into an acquaintance at the bus depot who offered him marijuana; the two then went under a bridge and consumed methamphetamine and marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 30, 2025

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
January 30, 2025
Date