PROB 12C
(6/16)

Report Date: May 29, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William August Brand | Case Number: 0980 2:18CR00215-TOR-1 |
| Address of Offender: ███████████ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: October 8, 2010 | |
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2) |
| Original Sentence: Prison - 120 months; TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence: (06/06/2023) | Prison - 3 months; TSR - Life |
| Revocation Sentence: (06/12/2024) | Prison - 5 months; TSR - Life |
| Asst. U.S. Attorney: Michael Ellis | Date Supervision Commenced: October 9, 2024 |
| Defense Attorney: Carter Liam Powers Beggs | Date Supervision Expires: |

### PETITIONING THE COURT

To issue a warrant.

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/02/2025; 01/30/2025; and 02/14/2025.

On October 11, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: On May 22, 2025, William Brand allegedly violated standard condition number 2 by failing to report to the U.S. Probation Office (USPO) as instructed. |

On the morning of May 22, 2025, at approximately 8:57 a.m., this officer contacted Mr. Brand and instructed him to report to the probation office after work for random urinalysis testing. The offender asked if he could be allowed to report the next day at noon, and this officer explained that was not possible. He then stated that he "usually showers after work", which raised concerns that the offender was hesitant about submitting to urinalysis testing.

Mr. Brand was subsequently instructed to report to the probation office by 4 p.m. on that date, and he confirmed that he understood.

Later that same date, on May 22, 2025, the undersigned attempted to contact the offender after he failed to report at 4 p.m.; he did not answer or respond to those phone calls.

Shortly after close of business on that date, at approximately 5:07 p.m., the individual under supervision contacted this officer and claimed that he was unable to report as instructed because he had run out of gas and stalled on the highway. The undersigned requested a photo of the offender's vehicle on the side of the highway, which he sent. Then this officer asked for a photo of the dashboard showing that his gas tank was empty and he claimed that it was broken, so it showed it had a half tank of gas but he claimed it to be empty.

The undersigned expressed concerns that the client was attempting to avoid reporting as instructed. The undersigned instructed the offender to report to the probation office the next morning, at 8 a.m. on May 23, 2025.

8   **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about May 21, 2025, William Brand allegedly violated special condition number 1 by consuming methamphetamine and marijuana.

On the morning of May 23, 2025, the individual under supervision reported to the USPO as instructed. He was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine, amphetamine and marijuana. Mr. Brand subsequently signed an admission of use form, admitting to the use of methamphetamine and marijuana on or about May 21, 2025, which is consistent with the admission of use he made to the assigned officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/29/2025

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Brand, William August**
May 29, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

May 30, 2025

Date