PROB 12C
(6/16)

Report Date: June 3, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William August Brand | Case Number: 0980 2:18CR00215-TOR-1 |
| Address of Offender: ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 8, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(b) and (b)(2) | |
| Original Sentence: | Prison - 120 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(06/06/2023) | Prison - 3 months<br>TSR - Life | |
| Revocation Sentence:<br>(06/12/2024) | Prison- 5 months<br>TSR - Life | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: October 9, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: Life |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/2/2025; 1/30/2025; 2/14/2025; and 5/29/2025.

On October 11, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Brand, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #1**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about May 30, 2025, William Brand allegedly violated special condition number 1 by consuming methamphetamine and marijuana. |
| | On June 3, 2025, the offender reported to the U.S. Probation Office as instructed by this officer. After being notified that he would be subject to random urinalysis testing, Mr. Brand asked if he could instead submit to testing the following day, as he wanted to provide |

Prob12C

Re: Brand, William August
June 3, 2025
Page 2

a negative urine sample before his upcoming Court date. The undersigned probed further and Mr. Brand subsequently admitted to the use of methamphetamine and marijuana on or about May 30, 2025. He signed an admission of use confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/03/2025

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

June 4, 2025

Date